FILED & ENTERED

MAR 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:10-bk-10169-RR |
| Craig Alan Shaw<br>Marla Charlene Shaw,<br><br>Debtors. | Chapter 13<br><br>ORDER SANCTIONING COUNSEL FOR VIOLATING LBR 5005-2(d) |

    Local Bankruptcy Rule 5005-2(d) requires that a copy of all electronically or non-electronically filed documents be marked "Judge's Copy" and served on the judge. In case number 10-10169-RR, which was set for plan confirmation hearing on March 19, 2010, counsel did not provide the court with paper copies of filed documents. Wherefore, IT IS ORDERED that debtors' counsel, Gary G. Barsegian, remit forthwith a sanction of $100.00 payable to the U.S. Bankruptcy Court for failure to provide paper copies.

DATED: March 29, 2010

_Robin Riblet_
United States Bankruptcy Judge

-1-